# TABLE OF AUTHORITIES

*Aka v. Washington Hospital Ctr.*, 156 F.3d 1284 (D.C. Cir. 1998)..................................16

*American Fire & Casualty Co. v. Finn*, 341 U.S. 6 (1951)..................................................9

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986)........................................................2

*Ashcroft v. Iqbal*, 556 U.S. 662............................................................................................1

*Barth v. Gelb*, 2 F.3d 1180 (D.C. Cir. 1993) .....................................................................16

*Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) .........................................................1

*Bender v. Williamsport Area School District*, 475 U.S. 534 (1986)...................................9

*Brown v. GSA*, 425 U.S. 820 (1976) ...................................................................................6

*Brown v. Marsh*, 777 F.2d 8 (D.C. Cir. 1985) ....................................................................4

*Carter v. Bennett*, 840 F.2d 63 (D.C. Cir. 1988) ..............................................................16

*Celotex*, 477 U.S. at 323 ......................................................................................................3

*Celotex Corp. v. Catrett*, 477 U.S. 317 (1986) ...................................................................2

*Clark v. Skinner*, 937 F.2d 123 (4th Cir. 1991) ..................................................................7

*Cooke v. U.S. Bureau of Prisons*, 2013 U.S. Dist. LEXIS 26947 (E.D.N.C. Feb. 27, 2013) ......................................................................................................................8

*Cousins v. Secretary of the U.S. Department of Transportation*, 880 F.2d 603 (1st Cir. 1989) .......................................................................................................................7

*Crayton v. Shalala*, 1995 U.S. Dist. LEXIS 21983 (N.D. Ala. May 3, 1995), *affirmed under the name Crayton v. Callahan*, 120 F.3d 1217 (11th Cir. 1997); *see also* ..............................................................................................................8

*Davis v. Billington*, 681 F.3d 377 (D.C. Cir. 2012)............................................................6

*DePippo v. Chertoff*, 453 F. Supp. 2d 30 (D.D.C. 2006)....................................................2

*Doe v. Attorney General of the United States*, 941 F.2d 780 (9th Cir. 1991)....................8

*Dorsey v. Department of Labor*, 41 F.3d 1551 (D.C. Cir. 1994) .......................................... 9

*Edwards v. U.S. E.P.A.*, 456 F. Supp. 2d 72 (D.D.C. 2006) .................................................. 5

*Elgin v. Department of Treasury*, 132 S. Ct. 2126 (2012) ..................................................... 5

*FDIC v. Meyer*, 510 U.S. 471 (1994) ................................................................................... 10

*Holloman v. Watt*, 708 F.2d 1399 (9th Cir. 1983) ............................................................... 10

*International Union v. Clark*, Civil Action No. 02-1484, 2006 U.S. Dist. LEXIS 64449, 2006 WL 2598046 (D.D.C. Sept. 11, 2006) ............................................................ 4

*J.L. v. Social Security Administration*, 971 F.2d 260 (9th Cir. 1992) ................................... 8

*Kinneary v. City of New York*, 358 F. Supp. 2d 356 (S.D.N.Y. 2005) ................................. 7

*Klute v. Shinseki*, 797 F. Supp. 2d 12 ..................................................................................... 5

*Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994) ................ 9-10

*Kowal v. MCI Commc'ns Corp.*, 16 F.3d 1271 (D.C. Cir. 1994) ........................................... 1

*Krumel v. City of Fremont*, 2002 U.S. Dist. LEXIS 6089 (D. Neb. Jan. 2, 2002) ................ 8

*Lane v. Pea*, 518 U.S. 187 (1996) ................................................................................... 10-11

*Latham v. Brownlee*, 2005 WL 578149 (W.D. Tex. Mar. 3, 2005) ....................................... 8

*Little v. Liquid Air Corp.*, 37 F.3d 1069 (5th Cir. 1994) ....................................................... 3

*Martini v. Fannie Mae*, 178 F.3d 1336 (D.C. Cir. 1999) .................................................... 13

*Mathis v. GEO Group, Inc.*, 2009 U.S. Dist. LEXIS 132301 (E.D.N.C. Nov. 9, 2009) ....................................................................................................................... 7

*Matsushita Electric Industrial Co. v. Zenith Radio Corp.*, 475 U.S. 574 (1986) ............. 2-3

*McGuinness v. U.S. Postal Service*, 744 F.2d 1318 (7th Cir. 1984) ..................................... 6

*McNutt v. General Motors Acceptance Corp.*, 298 U.S. 178 (1936) .................................... 9

*Melson v. Salazar*, 598 F. Supp. 2d 71 (D.D.C. 2009) .......................................................... 1

*Porter v. Sebelius*, ___ F. Supp. 2d ___, Civil Action No. 11-1546, 2013 WL 1966063 (D.D.C. May 14, 2013) .......................................................................... 3, 5

*Salz v. Lehman*, 672 F.2d 207 (D.C. Cir. 1982) ................................................................. 4

*Sataki v. Broadcasting Board of Governors*, 733 F. Supp. 2d 1 (D.D.C. 2010) ................. 5

*Spinelli v. Goss*, 446 F.3d 159 (D.C. Cir. 2006) ............................................................. 3-4

*Stallworth v. Reich*, 107 F.3d 923 (Table) ......................................................................... 4

*Stewart v. St. Elizabeths Hospital*, 593 F. Supp. 2d 111 (D.D.C. 2009), *affirmed*
    589 F.3d 1305, 1308 (DC Cir. 2010) .......................................................................... 12

*Swafford v. Nicholson*, Civil Action No. 3:06-CV-396-H, 2010 WL 3397341
    2010 U.S. Dist. LEXIS 88419 (W.D. Ky. Aug. 26, 2010) ....................................... 9, 11

*Taylor v. District of Columbia*, 606 F. Supp. 2d 93 (D.D.C. 2009) .................................... 1

*Taylor v. FDIC*, 132 F.3d 753 (D.C. Cir. 1997) .................................................................. 1

*Taylor v. Small*, 350 F.3d 1286 (D.C. Cir. 2003) ....................................................... 3, 5, 13

*Turner v. Bank of North America*, 4 U.S. 8 (1799) ............................................................ 9

*Uberoi v. EEOC*, 180 F. Supp. 2d 42 (D.D.C. 2001) ........................................................ 10

*United   States v. Mitchell*, 445 U.S. 535 (1980) ................................................................. 9

*Willy v. Coastal Corp.*, 503 U.S. 131 (1992) ...................................................................... 9

*Wilson v. Seattle Housing Authority*, 2010 U.S. Dist. LEXIS 39763 (W.D. Wash.
    Apr. 22, 2010) ............................................................................................................... 7